**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
                                                           :

In the Matter of                                    :

Geoffrey T. Mott,                          :        M-2-238

        Respondent.               :        **ORDER**
                                                          :        (NOT FILED UNDER SEAL)
------------------------------------------------------X

**BEFORE THE COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**[1]

By order dated July 11, 2012, Geoffrey T. Mott, an attorney who was stricken from the roll of practicing attorneys of this Court reciprocally with discipline imposed by the Supreme Court, Appellate Division, Second Department, was reinstated as an attorney and counselor-at-law in the State of New York. Mr. Mott now seeks reinstatement to the roll of practicing attorneys of this Court. In connection therewith, he has affirmed that he meets the requirements for admission set forth in this Court's Local Rule 1.3, and that he has not practiced law in this Court since the effective date of his discipline. Accordingly, the Clerk of Court is hereby directed to restore

---

[1] The members of the Committee are District Judge Katherine Polk Failla, Chair; Chief Judge Colleen McMahon; District Judges P. Kevin Castel; George B. Daniels; Alison J. Nathan; Louis L. Stanton; Mary Kay Vyskocil; and Magistrate Judges Stewart D. Aaron; James L. Cott and Judith C. McCarthy.

Geoffrey T. Mott to the roll of practicing attorneys of this Court, effective immediately.

Dated:    New York, New York
           November 4, 2020

                                 SO ORDERED.

                                 _____
                                 KATHERINE POLK FAILLA
                                 Chair, Committee on Grievances S.D.N.Y.